JOHN S. BAKER (SBN 144073)
baker.john@dorsey.com
JILL A. HAMMERBECK (SBN 258138)
hammerbeck.jill@dorsey.com
DORSEY & WHITNEY LLP
38 Technology Drive, Suite 100
Irvine, California 92618-5312
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

Attorneys for Defendant
Ameriprise Financial Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LIU, an individual; and TSAI PING LIU, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW LI, an individual; DIANA YU, an individual; PAUL R. MATA, an individual; RICHARD ZHENG, an individual; AMERIPRISE FINANCIAL SERVICES, INC., a Delaware Corporation doing business in California; NEW YORK NEW, INC., an entity of unknown form; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. ED CV 10 - 0095**2** VAP (AGRx) <br><br> [SAN BERNARDINO SUPERIOR COURT (RANCHO CUCAMONGA) CASE NO. CIVRS1005572] <br><br> **DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO PURSUANT TO 28 U.S.C. SECTIONS 1331 AND 1441(b) (FEDERAL QUESTION)** <br><br> [Filed Concurrently With Declaration of John S. Baker] <br><br> Action Filed: May 21, 2010 <br> Trial Date: None Set |

1

NOTICE OF REMOVAL
CASE NO.

TO THE CLERK IN THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant Ameriprise Financial Services, Inc. ("Ameriprise Financial"), hereby removes to the United States District Court for the Central District of California the state court action described below. In support of this Notice of Removal, Ameriprise Financial states the following:

1. On or about May 21, 2010, Plaintiffs James Liu and Tsai Ping Liu ("Plaintiffs") commenced a civil action in the Superior Court of the State of California, in and for the County of San Bernardino, Rancho Cucamonga, entitled <u>James Liu, an individual, and Tsai Ping Liu, an individual, Plaintiff, v. Andrew Li, an individual; Diana Yu, an individual; Richard Zheng, an individual; Ameriprise Financial Services, Inc., a Delaware Corporation doing business in California; New York New, Inc., an entity of unknown form, and Does 1 to 10, inclusive; Defendants,</u> Case No. CIVRS 1005572 (hereafter, the "State Court Action"). A true and correct copy of the Summons, Complaint, Civil Case Cover Sheet, and Notice of Assignment for All Purposes and Case Management Conference and Order to Show Cause Regarding Service of Summons and Complaint, served on Ameriprise Financial in the State Court Action are attached to the concurrently filed Declaration of John S. Baker (hereinafter, "Baker Declaration") as Exhibit 1.

2. The first date upon which Ameriprise Financial received a copy of the Summons and Complaint was May 26, 2010 when the Summons and Complaint were served on Ameriprise Financial by personal service. This removal is timely because the Notice of Removal was filed and served by Ameriprise Financial within thirty (30) days thereof, as computed by Federal Rules of Civil Procedure, Rule 6(a). The Summons, Complaint, Civil Case Cover Sheet, and Notice of Assignment for All Purposes and Case Management Conference and Order to Show Cause Regarding Service of Summons and Complaint, constitute all of the pleadings, process and orders served on Ameriprise Financial in the State Court Action.

NOTICE OF REMOVAL
CASE NO.

3. The above-captioned matter is a civil action, wherein Plaintiffs seek damages and other relief. (*See generally*, Baker Declaration, Exhibit 1 (Complaint).) Plaintiffs' Complaint alleges the following eight causes of action: (1) "Fraud"; (2) "Breach of Contract"; (3) "Breach of Covenant of Good Faith and Fair Dealing"; (4) "conversion"; (5) "Unjust Enrichment"; (6) "Unfair Business Act"; (7) "Violation of the Racketeer Influenced and Corrupt Organization Act ("RICO") (18 U.S.C. 1962(c))"; and (8) "Violation of the Racketeer Influenced and Corrupt Organization Act ("RICO") (18 U.S.C. 1962(d))." (*See* Baker Declaration, Exhibit 1 (Complaint) at Caption.)

4. A defendant may remove a case from state court to federal court if the federal court has original jurisdiction over the action. 28 U.S.C. §§ 1331, 1441(a), (b).

## FEDERAL QUESTION JURISDICTION

5. This civil action, as described above, is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331. Federal district courts have jurisdiction in actions arising under the Constitution, treaties, or laws of the United States. 28 U.S.C. § 1331. Federal courts may have jurisdiction if either: (1) a federal law creates the cause of action; or (2) Plaintiff's right to relief necessarily depends on the resolution of a substantial question of federal law. *Franchise Tax Board v. Constr. Laborers Vacation Trust*, 463 U.S. 1 (1993). A state law claim may be treated as arising under federal law where vindication of a right under state law necessarily turns on construction of a federal law. *Id.* at 9.

6. Plaintiffs' Sixth Cause of Action and Eighth Cause of Action arise under the Racketeer Influenced and Corrupt Organization Act ("RICO"), a federal statute codified at 18 U.S.C. 1962(c)-(d). 18 U.S.C. 1962(c) provides that "[i]t shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a

3

pattern of racketeering activity or collection of unlawful debt." 18 U.S.C. 1962(d) provides that "[i]t shall be unlawful for any person to conspire to violate" subsection (c).

7. Under a heading entitled "Sixth Cause of Action: Violation of the Racketeer Influenced and Corrupt Organization Act ("RICO") (18 U.S.C. 1962(c))," Plaintiffs allege: "Defendants" (defined to include Ameriprise Financial) "are an association-in-fact who operate to financial services and business transactions including the transfer of funds and the purchase of business assets. These services are not confined to California. The services by the ENTERPRISE affect interstate commerce." (Baker Declaration, Exhibit 1 (Complaint) at ¶ 50.)

8. Under a heading entitled "Eighth Cause of Action: Violation of the Racketeer Influenced and Corrupt Organization Act ("RICO") (18 U.S.C. 1962(d))," Plaintiffs allege that the "Defendants" (defined to include Ameriprise Financial) "have conspired to violated [sic] 18 U.S.C. 1962(c) through the ENTERPRISE in order to fraudulently deny PLAINTIFFS and others in PLAINTIFFS' position from using their monies as they wish." (Baker Declaration, Exhibit 1 (Complaint) at ¶ 63.) Plaintiffs seek "[a]ttorney's fees and costs of this litigation as well as Treble damages under RICO." (Id.)

9. Plaintiffs' Sixth and Eighth Causes of Action are therefore based on and arise under the RICO statutes. 18 U.S.C. 1962(c) and (d) create these causes of action, and Plaintiffs' right to relief depends on this Court's interpretation of those federal laws. To the extent Plaintiffs use 18 U.S.C. 1962(c) and (d) to allege state law claims, these allegations necessarily turn on a construction of 18 U.S.C. 1962(c) and (d)

10. The jurisdiction of this Court is therefore founded on federal question jurisdiction pursuant to 28 U.S.C. § 1331, and may therefore be removed to this Court under the provisions of 28 U.S.C. § 1441(b).

NOTICE OF REMOVAL
CASE NO.

11. Venue lies in the United States District Court for the Central District of California, Eastern Division, pursuant to 28 U.S.C. § 1441(a) and § 1391(a) because the State Court Action was filed in this District and this is the judicial district in which the action arose. *See* 28 U.S.C. § 84(c)(1).

12. Ameriprise Financial is informed and believes that Exhibit 1 to the Declaration of John S. Baker constitutes all process, pleadings, and orders filed and received by Ameriprise Financial in this action

13. On information and belief, Ameriprise Financial and Paul R. Mata ("Mata") are the only defendants that have been served with a Summons and Complaint. (Baker Declaration ¶ 4.) Those parties named as defendants but not yet served in the State Court Action need not join the notice of removal. *Salveson v. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984); *Northern Ill. Gas Co. v. Airco Industrial Gases*, 676 F.2d 270, 272 (7th Cir. 1982).

14. Mata has filed a petition under the bankruptcy act. (Baker Declaration ¶ 4.) A petition under the bankruptcy act "operates as a stay, applicable to all entities, of … the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor…" *Consumers Distrib. Co., Ltd. v. Tele-Save Merchanising Co.*, 553 F. Supp. 974, 976 (D. N.J. 1982) (quotations omitted). Thus, even where "plaintiff was unaware of the filing of the bankruptcy petition when it filed its complaint in the state court, the filing of the complaint … must be deemed a nullity. This is analogous to removal by one defendant without joinder of another defendant who was not served. [Citations.]" *Id.* at 976. *See also Filho v. Pozos Intern. Drilling Servs., Inc.*, 662 F. Supp. 94, 96 (S.D. Tex. 1987) (same).

15. Therefore, removal by Ameriprise Financial alone, the only Defendant herein that has been served and has not filed a petition for bankruptcy, is proper.

16. No other previous Notice of Removal has been filed in or made to this Court for the relief sought herein

17. By filing this Notice of Removal, Ameriprise Financial does not waive any of its rights, denials, defenses or objections, including, but not limited to, any defects in service, process, or jurisdiction.

DATED: June 25, 2010                  DORSEY & WHITNEY LLP

By: _____
John S. Baker
Attorneys for Defendant
Ameriprise Financial Services, Inc.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the City of Irvine, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 38 Technology Drive, Suite 100, Irvine, California 92618-2301. On June 25, 2010, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(b) (FEDERAL QUESTION)**

SERVED UPON:   Peter C. Beirne, Esq.
Law Offices of Peter C. Beirne
3303 Del Mar Avenue, Suite A
Rosemead, CA 91770

[X] (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Time Machine to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ] (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ] (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on June 25, 2010, at Irvine, California.

_____
Carmen Murashko

7

NOTICE OF REMOVAL
CASE NO.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

### EDCV10- 952 VAP (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[X] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
James Liu, an individual, and Tsai Ping Liu, an individual

**DEFENDANTS**
Andrew Li, an individual; Diana Yu, an individual; Paul R. Mata, an individual; Richard Zheng, an individual; Ameriprise Financial Services, Inc., a Delaware Corporation doing business in California; New York New, Inc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Peter C. Beirne (SBN 230977)    (626) 280-8900
Law Office of Peter C. Beirne
3303 Del Mar Avenue, Suite A, Rosemead, CA 91770

**Attorneys (If Known)**
John S. Baker (SBN 144073); Jill A. Hammerbeck (SBN 258138)
Dorsey & Whitney LLP
38 Technology Drive, Suite 100
Irvine, CA 927618  (949) 932-3600

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
18 U.S.C. Section 1962(c) and 1962(d) - RICO

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☒ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | |
| | ☐ 290 All Other Real Property | | | | |

ED CV 10 - 00952 VAP (AGRx)

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                      CIVIL COVER SHEET                      Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside, Orange, San Bernardino | Delaware |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, ~~Santa Barbara, or San~~ Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date June 25, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the City of Irvine, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 38 Technology Drive, Suite 100, Irvine, California 92618-2301. On June 25, 2010, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **CIVIL COVER SHEET**

SERVED UPON:	Peter C. Beirne, Esq.
Law Offices of Peter C. Beirne
3303 Del Mar Avenue, Suite A
Rosemead, CA  91770

[X] (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Time Machine to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ] (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ] (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on June 25, 2010, at Irvine, California.

Carmen Murashko

NOTICE OF REMOVAL
CASE NO.