```
DOUGLAS W. ABENDROTH (S.B.#105240)
dabendroth@north-nash.com
BRENT J. NORTH (S.B. #186249)
bnorth@north-nash.com
JENNIFER YU (S.B. #234269)
jyu@north-nash.com
NORTH, NASH & ABENDROTH LLP
2 Park Plaza, Suite 1020
Irvine, CA 92614
Telephone: (949) 752-2200
Facsimile: (949) 752-2230
Attorneys for Defendants Paul R. Mata and
Diana Yu
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LIU, an individual, and TSAI PING LIU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW LI, an individual; DIANA YU, an individual; PAUL R. MATA, an individual; RICHARD ZHENG, an individual; AMERIPRISE FINANCIAL SERVICES, INC., a Delaware Corporation doing business in California; NEW YORK NEW, INC., an entity of unknown form; and Does 1 to 10, inclusive,<br><br>Defendants. | Case No. EDCV 10–952–ODW (AGRx)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint Served: June 28, 2010<br>Current Response Date: July 19, 2010<br>New Response Date: August 18, 2010 |

This Stipulation is entered into by and among plaintiffs James Liu and Ping Liu ("Plaintiffs") and defendant Diana Yu ("Defendant") through their respective counsel with reference to the following:

### RECITALS

WHEREAS, Plaintiffs served Defendant with their state court complaint on or about June 28, 2010;

1 WHEREAS, this case was removed to this Court on June 25, 2010 by
2 Defendant Ameriprise Financial Services, Inc.
3 WHEREAS, the parties have agreed pursuant to Local Civil Rule 8-3 of the
4 United States District Court For The Central District Of California to continue by
5 thirty (30) days the date for Defendant DIANA YU to move, answer or otherwise
6 plead to the complaint in this action.

## STIPULATION

8 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between
9 Plaintiffs and Defendant DIANA YU, through their undersigned counsel that:
10    1. Defendant DIANA YU shall file and serve his response to the
11 complaint in this action on or before August 18, 2010.
12    2. This Stipulation may be entered as an order of this Court without
13 further notice or hearing pursuant to Local Rule 8.3 of the United States District
14 Court for the Central District of California; and
15    3. This Stipulation may be executed in counterparts, each of which when
16 so executed shall be deemed an original and all of which shall constitute together
17 one and the same instrument.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

DATED: July 22, 2010

PETER C. BEIRNE
LAW OFFICE OF PETER C. BEIRNE

By /s/ Peter C. Beirne
Peter C. Beirne
Attorney for plaintiffs James Liu and Tsai Ping Liu

DATED: July 22, 2010

DOUGLAS W. ABENDROTH
BRENT J. NORTH
JENNIFER YU
NORTH, NASH & ABENDROTH LLP

By /s/ Brent J. North
Brent J. North
Attorneys for defendants Paul R. Mata and Diana Yu

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Orange County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is North, Nash & Abendroth LLP, 2 Park Plaza, Suite 1020, Irvine, California 92614. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On July 22, 2010 I served the following: **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

| | |
|---|---|
| PETER C. BEIRNE<br>LAW OFFICE OF PETER C. BEIRNE<br>3303 Del Mar Avenue, Suite A<br>Rosemead, CA 91770<br>Attorneys for Plaintiffs James Liu and Tsai Ping Liu | JOHN S. BAKER<br>JILL HAMMERBECK<br>DORSEY & WHITNEY LLP<br>38 Technology Drive, Suite 100<br>Irvine, CA 92618-5312<br>Attorneys for Defendants Ameriprise Financial Services, Inc |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 22, 2010, at Irvine, California.

_____
Brent J. North

PROOF OF SERVICE
STIPULATION
EDCV 10–952–ODW (AGRx)

4