1  DOUGLAS W. ABENDROTH, SBN 105240
   dabendroth@north-nash.com
2  BRENT J. NORTH, SBN 186249
   bnorth@north-nash.com
3  JENNIFER YU, SBN 234269
   jyu@north-nash.com
4  NORTH, NASH & ABENDROTH LLP
   2 Park Plaza, Suite 1020
5  Irvine, California 92614
   Telephone: (949) 752-2200
6  Facsimile (949) 752-2230

7  Attorneys for Defendants,
   PAUL R. MATA and DIANA YU
8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                         WESTERN DIVISION

12 | JAMES LIU, an individual and TSAI PING LIU, an individual, | CASE NO. EDCV10-952-ODW (AGRx)
13 |  | **NOTICE OF ERRATA RE DEFENDANTS PAUL R. MATA AND DIANA YU'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6), OR IN THE ALTERNATIVE FOR MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e)**
   | Plaintiff, |
14 | v. |
15 | ANDREW LI, an individual, DIANA YU, an individual; PAUL R. MATA, an individual; RICHARD ZHENG, an individual; AMERIPRISE FINANCIAL SERVICES, INC., a Delaware Corporation doing business in California; NEW YORK NEW, INC., an entity of unknown form; and DOES 1-10, inclusive; |
   |  | **HEARING:**
   |  | Date:  September 13, 2010
   | Defendants. | Time:  1:30 p.m.
   |  | Place: Courtroom 11-Spring Street
   |  | Judge: Hon. Otis D. Wright, II

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Paul R. Mata and Diana Yu's Memorandum of Points and Authorities in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative for More Definite Statement Pursuant to Rule 12(e) ("Memorandum") filed as Attachment 1 to Defendant Paul R. Mata and Diana Yu's Notice of Motion and Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative for More Definite Statement Pursuant to Rule 12(e) on August 2, 2010 is hereby revised to correct inadvertent errors contained in the Table of Authorities pertaining to the citations of certain electronically published cases. Specifically, citations in the Table of Authorities to LEXIS are replaced with citations to WESTLAW to conform with the body of the brief.

The corrections being made to the Memorandum are to the Table of Authorities and are as follows:

**Page iii, Line 16, as originally filed, states:**

*Hellmann Worldwide Logistics, Inc. v. Harris,*
2009 U.S. Dist. LEXIS 12325, *6 (W.D. Wash. December 21, 2009)............8

**Page iii, Line 16, as corrected, should state:**

*Hellmann Worldwide Logistics, Inc. v. Harris,*
2009 WL 5197821 (W.D. Wash. December 21, 2009)............................ 8

**Page iii, Lines 17-18, as originally filed, states:**

*Higgins v. Farr Fin. Inc.,*
2009 U.S. Dist. LEXIS 55318, *8 (N.D. Cal. June 30, 2009)....................10

**Page iii, Lines 17-18, as corrected, should state:**

*Higgins v. Farr Fin. Inc.,*
2009 WL 1883780 (N.D. Cal. June 30, 2009)......................................10

**Page iii, Lines 22-23, as originally filed, states:**

*Kennedy v. Full Tilt Poker,*
2010 U.S. Dist. LEXIS 41434, *12 (C.D. Cal. April 26, 2010)...........9, 10, 11

**Page iii, Lines 22-23, as corrected, should state:**

*Kennedy v. Full Tilt Poker,*
2010 WL 17100064 (C.D. Cal. April 26, 2010).................9, 10, 11

**Page iv, Lines 14-15, as originally filed, states:**

*Schnelke v. JP Morgan Chase Bank,*
2010 U.S. Dist. LEXIS 62337 (E.D. Cal. June 23, 2010).................14

**Page iv, Lines 14-15 as corrected, should state:**

*Schnelke v. JP Morgan Chase Bank,*
2010 WL 2546100 (E.D. Cal. June 23, 2010).................14

The changes, as indicated above, have been incorporated in corrected Table of Authorities to Defendants Paul R. Mata and Diana Yu's Memorandum of Points and Authorities in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the Alternative for More Definite Statement Pursuant to Rule 12(e), which is attached hereto as Exhibit A.

DATED: August 3, 2010

DOUGLAS W. ABENDROTH
BRENT J. NORTH
JENNIFER YU
NORTH, NASH & ABENDROTH LLP

By: _____
Douglas W. Abendroth

Attorneys for Defendants,
PAUL R. MATA and DIANA YU

# EXHIBIT A

Case 5:10-cv-00952-ODW-AGR   Document 19   Filed 08/03/10   Page 4 of 8   Page ID #:157

## **TABLE OF AUTHORITIES**

**Cases**

*Armstrong Petroleum Corp. v. Tri-Valley Oil & Gas Co.,*
   116 Cal. App. 4th 1375, 1391 n. 6, 11 Cal.Rptr.3d 412, 424 n.6 (2004) ............... 13

*Ashcroft v. Iqbal,*
   129 S. Ct. 1937, 1949 (2009) ............................................................. 3, 5, 6, 13, 16

*Baggett v. Hewlett-Packard Co.,*
   582 F.Supp.2d 1261, 1270 (C.D. Cal. 2007) ............................................................ 17

*Bell Atlantic Corp. v. Twombly,*
   550 U.S. 544, 570 (2007) ............................................................................. 3, 5, 6, 18

*Chavez v. Bank of America, N.A.,*
   2010 WL 1854087 ............................................................................................... 16

*Davies v. Krasna,*
   14 Cal. 3d 502, 121 Cal. Rptr. 705 (1975) ............................................................. 18

*DeSoto v. Yellow Freight Sys., Inc.,*
   957 F.2d 655, 658 (9th Cir. 1992) ......................................................................... 19

*Falk v. General Motors Co.,*
   496 F.Supp.2d 1088, 1093 (N.D. Cal. 2007) ........................................................... 7

*Hellmann Worldwide Logistics, Inc. v. Harris,*
   2009 WL 5197821 (W.D. Wash. December 21, 2009) .......................................... 8

*Higgins v. Farr Fin. Inc.,*
   2009 WL 1883780 (N.D. Cal. June 30, 2009) ...................................................... 10

*Howard v. America Online, Inc.,*
   208 F.3d 741, 751 (9th Cir. 2000) ......................................................................... 11

*Irving Nelkin & Co. v. South Beverly Hills Wilshire Jewelry & Loan,*
   129 Cal. App. 4th 692 (2005) ................................................................................ 15

*Kennedy v. Full Tilt Poker,*
   2010 WL 17100064 (C.D. Cal. April 26, 2010) ............................................ 9, 10, 11

*Lancaster Community Hosp. v. Antelope Valley Hosp. Dist.,*
   940 F.2d 397, 405 (9th Cir. 1991) ........................................................................... 8

*Lectrodeyer v. Seoul Bank,*
   77 Cal. App. 4th 723 (2000) .................................................................................. 17

*McBride v. Boughton,*
   123 Cal. App. 4th 379 (2004) ................................................................................ 17

*McKell v. Washington Mutual, Inc.*
   142, Cal. App. 4th 1457, 1489, 49 Cal. Rptr. 3d 227, 253 (2006) ............... 12, 17, 14

*Medallion Television Enters. v. SelecTV of Cal.,*
   833 F.2d 1360 (9th Cir. 1987) ............................................................................. 10

*Montoya v. Countrywide Bank,*
   2009 WL 181393 (N.D. Cal. June 25, 2009) ..................................................... 16

*Moore v. Fidelity Financial Services, Inc.,*
   869 F.Supp. 557, 560-61 (N.D. Ill. 1994) ........................................................... 14

*Moss v. U.S. Secret Serv.,*
   572 F.3d 962, 969 (9th Cir. 2009) ....................................................................... 6

*Neubronner v. Milken,*
   6 F.3d 666, 672 (9th Cir. 1993) ........................................................................... 7

*Pacific States Enters., Inc. v. City of Coachella,*
   13 Cal. App. 4th 1414, 1425, 17 Cal.Rptr.2d 68, 74 (1993) .............................. 14

*PCO, Inc. v. Christensen, Miller, Fink, Glaser, Weil & Shaapiro, LLP,*
   150 Cal. App. 4th 384 (2007) ............................................................................. 15

*Robinson Helicopter Co. v. Dana Corp.,*
   34 Cal. 4th 979, 990, 102 P.3d 268, 273-74 (2004) ............................................ 7

*Schnelke v. JP Morgan Chase Bank,*
   2010 WL 2546100 (E.D. Cal. June 23, 2010) ................................................... 14

*Self Directed Placement Corp. v. Control Data Corp.,*
   908 F.2d 462, 466 (9th Cir. 1990) ..................................................................... 12

*Sleep Sci. Partners v. Lieberman,*
   2010 WL 1881770 (N.D. Cal. May 10, 2010) ................................................... 18

*Smith v. City & County of San Francisco,*
   225 Cal. App. 3d 38, 49, 275 Cal. Rptr. 17 (1990) ............................................ 13

*United States v. Turkette,*
   452 U.S. 576, 583, 101 S. Ct. 2524, 2528-29 (1981) .......................................... 8

*Wenzoski v. Citicorp,*
   480 F.Supp. 1056, 1062 (N.D. Cal. 1979) ........................................................... 6

**Statutes**

18 U.S.C. § 1961 .......................................................................................................... 8, 10

18 U.S.C. § 1962 ...................................................................................................... 2, 8, 11

Cal. Code Civ. Proc. § 339, subd. 1 ................................................................................ 14

**Federal Rules**

Fed. R. Civ. P. 8(a)(2) .................................................................................... 5, 11

Fed. R. Civ. P. 9(b) ............................................................................................. 6

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Orange County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is North, Nash & Abendroth LLP, 2 Park Plaza, Suite 1020, Irvine, California 92614. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On August 3, 2010 I served the following: **NOTICE OF ERRATA RE DEFENDANTS PAUL R. MATA AND DIANA YU'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6), OR IN THE ALTERNATIVE FOR MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e)** by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

| PETER C. BEIRNE<br>LAW OFFICE OF PETER C. BEIRNE<br>3303 Del Mar Avenue, Suite A<br>Rosemead, CA 91770<br>Attorneys for Plaintiffs James Liu and<br>Tsai Ping Liu | |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 3, 2010, at Irvine, California.



Jennifer Yu

PROOF OF SERVICE
-i-